1  THE WEISER LAW FIRM, P.C.
   KATHLEEN A. HERKENHOFF (168562)
2  12707 High Bluff Drive, Suite 200
   San Diego, CA 92130
3  Telephone: 858-794-1441
   Facsimile:  858-794-1450
4  kah@weiserlawfirm.com

5  Attorneys for Plaintiff

6

7
                    UNITED STATES DISTRICT COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9
   COLLEEN WITMER, Derivatively on  )  Case No. CV13-09359-PA (SHx)
10 Behalf of IXIA,                  )
                                    )  NOTICE OF VOLUNTARY
11                  Plaintiff,      )  DISMISSAL WITHOUT PREJUDICE
                                    )  PURSUANT TO FRCP RULE 41
12     vs.                          )
                                    )
13 VICTOR ALSTON, et al.,           )
                                    )
14                  Defendants,     )
                                    )
15  – and –                         )
                                    )
16 IXIA,                            )
                                    )
17                  Nominal Defendant. )
                                    )
18 _____ )

19

20

21

22

23

24

25

26

27

28

1      PLEASE TAKE NOTICE THAT Plaintiff Colleen Witmer hereby serves this
2  notice of voluntary dismissal of the above-captioned action (the "Action") without
3  prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i).  No defendant has served an
4  answer or motion for summary judgment in the Action.  Attached hereto as Exhibit A
5  is Form CV-09.

6  DATED:  January 23, 2014          THE WEISER LAW FIRM, P.C.
                                                                KATHLEEN A. HERKENHOFF
7                                                                   (168562)

9                                                       /s/ Kathleen A. Herkenhoff
                                                   KATHLEEN A. HERKENHOFF

11                                     12707 High Bluff Drive, Suite 200
                                    San Diego, CA 92130
                                    Telephone: 858-794-1441
12                                    Facsimile: 858-794-1450
                                   kah@weiserlawfirm.com

14                                     Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41     - 1 -

## ATTESTATION

I, Kathleen A. Herkenhoff, am the ECF User whose identification and password are being used to file the Notice of Voluntary Dismissal without Prejudice Pursuant to FRCP Rule 41.

DATED:  January 23, 2014               THE WEISER LAW FIRM, P.C.

                                                              s/ Kathleen A. Herkenhoff
                                                              Kathleen A. Herkenhoff
                                                             Counsel for Plaintiff

# EXHIBIT A

Kathleen A. Herkenhoff, Esq. 168562
THE WEISER LAW FIRM, P.C.
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
858-794-1441

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Colleen Witmer, Derivatively on Behalf of IXIA | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV13-09359-PA (SHx) |
| v. | |
| Victor Alston, et al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

01/23/2014
Date

*Signature of Attorney/Party*

NOTE:  *F.R.Civ.P. 41(a)*: This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c)*: Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List and the Manual Service List.

In addition, I caused a courtesy copy to defense counsel not yet appearing in the action to be mailed via United States Mail as indicated on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 23, 2014.

           s/ KATHLEEN A. HERKENHOFF
           KATHLEEN A. HERKENHOFF

THE WEISER LAW FIRM, P.C.
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858/794-1441
Facsimile: 858/794-1450

Email: kah@weiserlawfirm.com

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41

# Mailing Information for a Case 2:13-cv-09359-PA-SH Colleen Witmer v. Victor Alston et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com,jmf@weiserlawfirm.com,jmp@weiserlawfirm.com,hl@weiserlawfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

```
 1  SERVICE LIST (IXIA)
 2
 3  SHELDON EISENBERG (State Bar. No. 100626)
    sheldon.eisenberg@dbr.com
 4  ADAM THURSTON (State Bar. No. 162636)
 5  adam.thurston@dbr.com
    DRINKER BIDDLE & REATH LLP
 6  1800 Century Park East
 7  Suite 1400
    Los Angeles, CA  90067-1517
 8  Telephone:  (310) 203-4000
 9  Facsimile:   (310) 229-1285
    Attorneys for Defendants
10  Atul Bhatnagar and Ronald W. Buckly
11  COURTESY COPY FOR DEFENSE COUNSEL NOT YET APPEARING IN ACTION
12
13  Edward M. Rosenfeld (SBN 49943)
    David A. Harford (SBN 270696)
14  Bradley J. Dugan (SBN 271870)
15  BRYAN CAVE LLP
    120 Broadway, Suite 300
16  Santa Monica, CA 90401
17  Telephone: (310) 576-2100
    Facsimile:  (310) 576 -2200
18  Attorneys for Defendant
19  IXIA
    COURTESY COPY FOR DEFENSE COUNSEL NOT YET APPEARING IN ACTION
20
21
22
23
24
25
26
27
28
    NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41
```